Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CALVIN GAINES, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PHILIP B. KOHUT, Respondent.—

954

Munder, Acting P. J., Martuscello, Latham and Benjamin, JJ., concur; Shapiro, J., not voting.